UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No 15-2862

UNITED STATES OF AMERICA
v.
MAXIMO MATEO-MEDINA
a/k/a David Contreras
a/k/a Luis Nieves
a/k/a/ Joseph Robles,
Maximo Mateo-Medina,
Appellant

(E.D. Pa. No. 2-15-cr-00055-001)

ORDER

At the direction of the Court, the opinion and judgment entered on December 30, 2016 are hereby VACATED.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:        January 3, 2017
tyw/cc:    Brett G. Sweitzer, Esq.
               Bernadette A. McKeon, Esq.
               Clare P. Pozos, Esq.